Circuit Court for Baltimore City
Case No. 24-C-19-005273

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 35
September Term, 2019

---

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

DARRYL RUSSEL ARMSTRONG

---

Barbera, C. J.,
McDonald
Watts
Hotten
Getty
Booth
Biran

JJ.

---

PER CURIAM ORDER

---

Filed: November 20, 2020

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk

| ATTORNEY GRIEVANCE | * | IN THE |
| COMMISSION OF MARYLAND | | |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 35 |
| DARRYL RUSSEL ARMSTRONG | * | September Term, 2019 |

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 20th day of November 2020

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Darryl Russel Armstrong be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

**ORDERED** that the Clerk of this Court shall strike the name of Darryl Russel Armstrong from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

**ORDERED** that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Darryl Russel Armstrong.

/s/ Mary Ellen Barbera
Chief Judge